**UNITED STATES of America,**
**Plaintiff–Appellee,**

v.

**Jerry Lynn MACKEY, a/k/a Jabbo,**
**Defendant–Appellant.**

**No. 08–6503.**

United States Court of Appeals,
Fourth Circuit.

Submitted: July 22, 2008.

Decided: July 25, 2008.

---

Jerry Lynn Mackey, Appellant Pro Se. Sharon Burnham, Assistant United States Attorney, Roanoke, Virginia, for Appellee.

Before WILKINSON, MOTZ, and SHEDD, Circuit Judges.

Affirmed by unpublished PER CURIAM opinion.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Jerry Lynn Mackey appeals the district court's order denying his motion under 18 U.S.C. § 3582(c)(2) (2000) for a reduction of sentence. We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. *United States v. Mackey*, No. 7:01–cr–00105–sgw–1 (W.D.Va. Mar. 24, 2008). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

*AFFIRMED.*